IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO: 4:19-CV-171-FL

| | |
|---|---|
| JOSÉ VAZQUEZ-AGUILAR, JUSTA HERNANDEZ-ROJO, JOSAFAT JUAREZ-CHAVEZ, SANDRA CATALINA TORRES, and SUSANA MENDOZA-BUSTILLO, on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>ARTURO GASCA, MARIA D. GASCA, and LALAJA, INC., d/b/a EL CERRO GRANDE RESTAURANT,<br><br>Defendants. | JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE<br><br><br><br>COLLECTIVE ACTION<br>29 U.S.C. § 216(b) |

Pursuant to 29 U.S.C. § 216(b) of the Fair labor Standards Act and Rule 41(a)(2), Fed.R.Civ.P., Plaintiffs José Vazquez-Aguilar, Justa Hernandez-Rojo, Josafat Juarez-Chavez, Sandra Catalina Torres-Cortes, Susana Mendoza-Bustillo, and collective action members Gerardo Quezada-Mendoza and Edduar Ruiz-Macias (hereinafter referred to as the "Plaintiffs" and jointly with the Defendants as the "Parties") and Defendants Arturo Gasca, Maria D. Gasca, and Lalaja, Inc. d/b/a El Cerro Grande Mexican Restaurant (hereinafter referred to as the "Defendants" and jointly with the Plaintiffs as the "Parties"), by and through their attorneys, hereby move for Court approval of the attached Settlement Agreement and Release marked as Exhibit A to be fully executed by all Plaintiffs and all persons who have filed written Consents to Sue pursuant to 29 U.S.C. § 216(b) and all Defendants upon the Court's approval of the terms of that Settlement Agreement and Release.

In support of this Motion, the Parties rely on the concurrently filed Joint Memorandum of

Law in Support of their Joint Motion.

Wherefore, the Parties respectfully request that their Joint Motion for Approval of FLSA Settlement Agreement be GRANTED by the Court in the manner set forth in the attached proposed Order for the reasons set out in the accompanying Memorandum of Law.

Respectfully submitted this 30th day of September, 2020.

| ROBINSON, BRADSHAW & HINSON, P.A. | LAW OFFICE OF ROBERT J. WILLIS, P.A. |
|---|---|
| BY:/s/ Julian H. Wright, Jr. | BY:/s/Robert J. Willis |
|    Julian H. Wright, Esq. | Robert J. Willis, Esq. |
|    NC State Bar No. 19345 | NC Bar #10730 |
|    jwright@robinsonbradshaw.com | (mailing address) |
| | P.O. Box 1828 |
|    Brendan P. Biffany, Esq. | Pittsboro, NC 27312 |
|    NC State Bar No. 54761 | Tel: (919) 821-9031 |
|    bbiffany@robinsonbradshaw.com | Fax: (919)821-1763 |
| | Email: rwillis@rwillis-law.com |
| 101 N. Tryon Street, Suite 1900 | |
| Charlotte, North Carolina 28246 | 488 Thompson Street |
| Tel: (704)377-8352 | Pittsboro, NC 27312 |
| Fax: (704)373-3952 | Counsel for Plaintiffs |
| Counsel for Defendants | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2020 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Julian H. Wright, Jr. and Brendan P. Biffany.

This the 30th day of September 2020.

/s/Robert J. Willis
E-mail: rwillis@rjwillis-law.com
NC Bar No: 10730