IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JOSÉ VAZQUEZ-AGUILAR, JUSTA HERNANDEZ-ROJO, JOSAFAT JUAREZ-CHAVEZ, SANDRA CATALINA-TORRES, and SUSANA MENDOZA-BUSTILLO, on behalf of themselves and all other similarly situated persons, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ARTURO GASCA, MARIA D. GASCA, and LALAJA, INC., d/b/a EL CERRO GRANDE MEXICAN RESTAURANT, | ) ) COLLECTIVE ACTION § 216(b) ) CASE NO: 4:19-CV-171-FL ) |
| Defendants. | ) ) |

## **NOTICE OF FILING EXHIBITS IN SUPPORT OF SECOND JOINT MOTION (DE 55)**

Counsels for the parties respectfully submit the attached four (4) Exhibits for the Courts' consideration in connection with the parties' Second Joint Motion to Extend Deadline to File Joint Form of Notice (DE 55). The attached four (4) Exhibits, Plaintiffs' Exhibit A, Plaintiffs' Exhibit B, Plaintiffs' Exhibit C, and Plaintiffs' Exhibit D, are all cited by that name in the body of the of the parties' Second Joint Motion to Extend Deadline to File Joint Form of Notice (DE 55 at 2-3 (¶¶3-5)).

This, the 2nd day of March, 2021.

Respectfully submitted,

/s/ Julian H. Wright, Jr.
Julian H. Wright, Jr
N.C. Bar No. 19345
jwright@robinsonbradshaw.com

Brendan P. Biffany
N.C. Bar No. 54761
bbiffany@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Suite. 1900
Charlotte, North Carolina  28246
Telephone:     704.377.2536
Facsimile:     704.378.4000

*Attorneys for Defendants Arturo Gasca,
Maria D. Gasca and Lalaja, Inc.*


/s/ Robert J. Willis
Robert J. Willis
N.C. Bar No. 10730

LAW OFFICE OF ROBERT J. WILLIS, P.A.
PO BOX 1828
Pittsboro, NC 27312
Telephone:     919.821.9031

*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have made an appearance in the above captioned cases.

This 2nd day of March, 2021.

/s/ Robert J. Willis
Robert J. Willis