# Robert Willis

| | |
|---|---|
| **From:** | Edmondson-Cooper, Jana J - SOL <EdmondsonCooper.Jana@dol.gov> |
| **Sent:** | Wednesday, February 24, 2021 9:48 AM |
| **To:** | Isa Gratacos-Padro; Robert Willis |
| **Cc:** | Yoana Caceres |
| **Subject:** | RE: Amended Settlement |

Good Morning All,

Please note the U.S. Department of Labor ("Department") does not represent any individual plaintiffs. The Department represents the Department's Wage and Hour Division with regard to violations of the FLSA WHD determined the employer ( defendants in the section 16(b) private right of action) committed related to WHD's investigation of the employer.

Additionally, please note the Department cannot provide any guidance or legal advice to the parties of the Section 16(b) private right of action. The 16(b) case is a separate legal action, which the Department is not involved in, and applicable to each of the plaintiffs named in the that case who retained Mr. Willis for representation in the private action. The Department's suit did not terminate that representation. Therefore, Mr. Willis is the only attorney of record representing plaintiffs in the private action.

In consideration, going forward, please remove me from settlement communications between the two of you regarding the 16(b) matter. Thank you.

Sincerely,

--

*Jana J. Edmondson-Cooper* | Trial Attorney (Bilingual)
**U.S. Department of Labor – Office of the Solicitor**
(404) 302-5458 (Office) | EdmondsonCooper.Jana@dol.gov

*Until further notice, in light of the current restrictions put in place by federal, state, and local governments in response to COVID-19, please direct all correspondence to me at EdmondsonCooper.Jana@dol.gov . Please do not send correspondence by paper mail, courier, or fax to the Atlanta Solicitor's Office. If your correspondence is too large for email, or you have limited access to email, please contact me to discuss an alternate means of delivery.*

*** This message may contain information that is privileged or otherwise exempt from disclosure under applicable law. Do not disclose without consulting the Office of the Solicitor. If you think you received this e-mail in error, please notify the sender immediately.***

**From:** Isa Gratacos-Padro <Isa@eawoodlaw.com>
**Sent:** Wednesday, February 24, 2021 9:03 AM
**To:** Robert Willis <RWillis@rjwillis-law.com>; Edmondson-Cooper, Jana J - SOL <EdmondsonCooper.Jana@dol.gov>
**Cc:** Yoana Caceres <ycaceres@rjwillis-law.com>
**Subject:** Amended Settlement

> CAUTION - The sender of this message is external to the DOL network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@dol.gov.

Mr. Willis:

1

Yesterday I met with the Plaintiffs to discuss the Amended Settlement agreement you emailed me only to discuss the release clause and the effect it would have with their immigration matter. I could not fully discuss it with them as they were concern as to other provisions in the agreement. The Plaintiffs at this moment would like a meeting with you so you can explain each of the terms and conditions of this Amended Settlement. I can tell you that the Plaintiffs were a bit confused as to the Amended Settlement and the justification given in the email you sent. They were also a bit confused because they were unsure as to who was their legal counsel for this matter. One of the Plaintiff's, Mr. Juarez-Chavez, said that the agreement was only applicable to him and Ms. Mendoza since the others were being represented by the attorney of the US Department of Labor. Also, they stated that they were not going to agree to a one sided non-disparagement clause. I am willing to arrange the meeting. We can do a video conference from my office. Let me know how you would like to proceed.

Sincerely,


**Isa Gratacós-Padró, Esq.*** | **The E.A. Wood Law Firm** | 1318C Commerce Street, New Bern, NC 28562
P. 252-375-8710 | |E. isa@eawoodlaw.com
*License in the Commonwealth of Puerto Rico



The E.A. Wood Law Firm

This e-mail and any attached file(s) are confidential and may be attorney-client privileged. It is intended solely for the addressee and may not be disclosed, copied, disseminated or used by anyone other than the intended recipient. If you have received this e-mail in error, please advise the sender immediately. Thank you. | Este mensaje electrónico y cualquier archivo que se adjunte contiene información legalmente privilegiada y confidencial. Es para uso exclusivo del destinatario. Si usted ha recibido esta comunicación por error, por favor avísenos inmediatamente. Gracias

**IRS CIRCULAR 230 DISCLOSURE**

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein. Thank you. | Para garantizar el cumplimiento de los requisitos impuestos por el IRS, le informamos que cualquier consejo de impuesto federal contenido en esta comunicación (incluyendo los anexos) no tiene por intención o ha sido escrito, y no se puede utilizar, con la finalidad de (i) evitar sanciones previstas en el Código de Rentas Internas o (ii) promover, comercializar o recomendar a un tercero cualquier transacción o asunto abordado en este documento. Gracias.

This email has been scanned for spam and viruses. Click here to report this email as spam.