UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Case No. 4:19-CV-00171-FL

| | |
|---|---|
| JOSÉ VAZQUEZ-AGUILAR, JUSTA HERNANDEZ-ROJO, JOSAFAT JUAREZ-CHAVEZ, SANDRA CATALINA-TORRES, and SUSANA MENDOZA-BUSTILLO, on behalf of themselves and all other similarly situated persons,<br><br>                Plaintiffs,<br>v.<br><br>ARTURO GASCA, MARIA D. GASCA and LALAJA, INC., d/b/a EL CERRO GRANDE MEXICAN RESTAURANT,<br><br>                Defendants. | ORDER |

THIS MATTER is before the Court on the parties' Second Joint Motion to Extend Deadline to File Joint Form of Notice. Having considered the Motion, the Court concludes that good cause exists to grant the Motion.

IT IS THEREFORE ORDERED that the time in which the parties must file a joint form of notice and method of distribution of the same to putative collective action members is extended up to and including March 31, 2021.

DATED this 2nd day of March, 2021.

                                                                  United States District Court Judge