UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JOSE VAZQUEZ-AGUILAR, JUSTA HERNANDEZ-ROJO, JOSAFAT JUAREZ-CHAVEZ, SUSANA MENDOZA-BUSTILLO, and SANDRA CATALINA-TORRES, on behalf of themselves and all other similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>ARTURO GASCA, MARIA D. GASCA, and LALAJA, INC. d/b/a El Cerro Grande Restaurant,<br><br>    Defendants. | **JUDGMENT**<br><br>No. 4:19-CV-171-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** in accordance with the court's order of April 28, 2021, this case is DISMISSED WITHOUT PREJUDICE for failure to comply with the court's order, and for failure to prosecute in accordance with Federal Rule of Civil Procedure 41(b). The clerk is DIRECTED to close this case.

This Judgment Filed and Entered on April 28, 2021 with service on:

José Vazquez-Aguilar - 56 Winter Place, New Bern, NC 28562 (via US Mail)
Justa Hernandez-Rojo - 2101 Post Rd. Apt #108, Fitchburg, WI 53713 (via US Mail)
Josafat Juarez-Chavez - 87 Morningstar Drive, New Bern, NC 28562 (via US Mail)
Sandra Catalina-Torres - 855 Washington Post Rd. Lot 222, New Bern, NC 28562 (via US Mail)
Susana Mendoza-Bustillo - 2300 Steeple Chase Drive, New Bern, NC 28562 (via US Mail)
Gerardo Quezada-Mendoza, 522 Watson Avenue, New Bern, NC 28560 (via US Mail)
Edduar Ruiz-Macias, 107 Sardis Lane, New Bern, NC 28562 (via US Mail)
Brendan F. Biffany, Julian H. Wright, Jr. (via CM/ECF Notice of Electronic Filing)

Date: April 28, 2021 PETER A. MOORE, JR., CLERK OF COURT

*signature*

Lauren Herrmann, Deputy Clerk